

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard:

Opinion No. O-2624

Re: Interpretation of Sec. 2
of H. B. No. 267, 46th
Legislature, Regular
Session, 1939, with re-
spect to the appropria-
tion for lawbooks for
the Courts of Civil Ap-
peals.

You request an opinion from this department with
respect to the matter suggested by Mr. J. I. Driscoll,
Clerk of the Court of Civil Appeals for the Eighth Supreme
Judicial District, whose letter is as follows:

"Dear Mr. Sheppard:

"By your letter to me of August 16th in
the matter of the appropriation for the Judiciary
of the last Legislature, being Section 2 of the
Act, you quoted that Section as your authority
for limitation of our appropriation for books to
$1000. I wrote the Attorney General for his
opinion on your construction, and by his letter
of August 22nd, signed by Mr. Cason, he informed
me that he was prohibited from answering my ques-
tion, and suggested that you, as Comptroller,
submit the same to him.

"That you may have this matter before you
clearly, I am here copying my letter to Attorney
General Mann, and respectfully ask you to submit
the question to him for his decision, if there
be no objection on your part. The letter follows:

"'Your opinion is respectfully requested upon
the construction of Section 2 of the Judiciary Ap-

41

propriation, Special Laws of the 46th Legislature, Vol. 2, page 464.

"'In addition to the regular appropriation for books for library of this court in the sum of $600, in Section 2, at page 464, appears the following language;

"'provided therefore, and in accordance with said law that any of said Courts of Civil Appeals receiving a specific appropriation of less than Seven Hundred ($700) Dollars per year for library books shall not expend from said local receipts more than the said specific amount herein appropriated.'

"'Honorable Geo. H. Sheppard, our Comptroller, has ruled that this Court for the current fiscal year has an appropriation of only $1000 for books. There seems to me to be confusion, and I propose, for your consideration, that this Court has the sum of $1200 for the purchase of law books.

"'To say the least, the language of Section 2 is very confusing, and by reason of the fact that our library is already handicapped seriously by the small appropriation allowed, I am hoping that your opinion will enable us to receive $1200.'"

Section 2 of H. B. 257 -- the Judiciary Appropriation Bill -- is as follows:

"All amounts appropriated in this Act for law books, or expended therefor under authority of this Act, shall be paid out of the General Fund and the special accounts in the General Revenue Fund as hereinafter provided. In accordance with the provisions of Chapter 104 of the printed General Laws of the Regular Session of the Forty-fourth Legislature, the several Courts of Civil Appeals are hereby authorized to purchase additional law books out of their

local receipts, and there is hereby appropriated
to each of said Courts for such purposes for
each of the fiscal years ending August 31, 1940,
and August 31, 1941, the sum of Seven Hundred
Dollars ($700) out of their local receipts in
addition to the specific amounts herein appro-
priated for library books for said Courts; pro-
vided further, and in accordance with said law
that any of said Courts of Civil Appeals re-
ceiving a specific appropriation of less than
Seven Hundred Dollars ($700) per year for
library books shall not expend from said local
receipts more than the said specific amount
herein appropriated."

Chapter 104, H. B. 424, referred to in the above
Section of the Appropriation Bill, provides:

"The Clerks of the Courts of Civil Appeals
shall be and are hereby authorized to purchase
additional law books for the use of said Courts
out of the fees collected by said Courts; such
expenditures shall not exceed annually the
specific amounts of such fees additionally
authorized for such purpose in the General Ap-
propriation Acts of the Legislature made bien-
nially for the support and maintenance of the
Judiciary Department of the State Government.
Provided, however, that all such fees collected
by any clerk or other officer of any Court of
Civil Appeals within this State shall be de-
posited in the State Treasury to the credit of
the court so collecting and depositing same,
and the expenditures out of said fund for the
foregoing purposes shall be upon a warrant
drawn upon the State Treasury by the State
Comptroller, as may be provided for in the
General Appropriation Bill for the Judiciary
of this State."

Construing, as we must, the general statute and
the above-quoted rider to the Appropriation Bill together,
it is our conclusion that the interpretation suggested by

you -- that is, that the current fiscal year's appropriation for law books to the Court of Civil Appeals for the Eighth Supreme Judicial District is only $1000.00 -- clearly is the correct one. The proviso in the rider to the effect that no Court of Civil Appeals shall expend from its local receipts more than the specific amount appropriated by the Legislature to that court for law books is conclusive of the matter, since the specific appropriation to the Court of Civil Appeals for the Eighth District for law books is $500.00.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR

APPROVED SEP 9, 1940

RNEY GENERAL OF TEXAS

